UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIENVENIDO P. ONG,

                Plaintiff,

        -against-

TOWN OF WALKILL BUILDING DEPT. &
PERSONNEL; SENIOR HORIZONS AT
SILVER LAKE,

                Defendants.

25-CV-2123 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued September 3, 2025, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under

28 U.S.C. § 1915(e)(2)(B)(ii).

SO ORDERED.

Dated:    February 24, 2026
          New York, New York

*Louis L. Stanton*
            Louis L. Stanton
            U.S.D.J.